IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                        Case No.    3:19cr137/MCR

JAMES KIDDER

_____

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The Defendant, by consent, has appeared before me pursuant to Rule 11, Fed.
R. Crim. P., and has entered a plea of guilty to Count I of the Indictment.    After
cautioning and examining the Defendant under oath concerning each of the subjects
mentioned in Rule 11, I determined that the guilty plea was knowing and voluntary,
and that the offense charged is supported by an independent basis in fact containing
each of the essential elements of such offense.    I therefore recommend that the plea
of guilty be accepted and that the Defendant be adjudicated guilty and have sentence
imposed accordingly.

Dated:        January 27, 2020


/s/ *Elizabeth M. Timothy*_____
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

## <u>NOTICE</u>

Objections to these proposed findings and recommendations must be filed within twenty four (24) hours after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.